**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARCOS S. MENDOZA, | ) | No. CV 00-4206 DSF (CW) |
| Petitioner, | ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| W.A. DUNCAN (Warden), | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge (originally provided to the Honorable J. Spencer Letts). No objections to the Report and Recommendation have been received.[1]

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered denying the petition and dismissing this action with prejudice.

---

[1] The copies of the Report and Recommendation and the Notice of Filing sent to Petitioner's prison address of record were returned in the mail as undeliverable.

1     **IT IS FURTHER ORDERED** that this order and the judgment be served
2 on the parties.

3                 6/14/10
4 DATED: _____

                              DALE S. FISCHER
                       United States District Judge