**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCOS S. MENDOZA, ) | No. CV 00-4206 DSF (CW) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| W.A. DUNCAN (Warden), ) | |
| ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: 6/14/10

_____
DALE S. FISCHER
United States District Judge